08cv5054
JUDGE PALLMEYER
MAG. JUDGE MASON

**CIVIL COVER SHEET**

...ined herein neither replace nor supplement the filing and service of pleadings or other papers as required by
This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE
FORM.)

**(a) PLAINTIFFS**
EDWARD MILLER

**DEFENDANTS**
MAXIMUS INC;
IHFS DIVISION OF CHILD SUPPORT ENFORCEMENT
CA DEPARTMENT OF CHILD SUPPORT SERVICES

**(b)** County of Residence of First Listed Plaintiff  COOK COUNTY ILLINOIS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  FAIRFAX COUNTY VA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

FILED
J.N 9-4-2008
SEP X 4 2008
4,200
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
EDWARD MILLER  PROSE
8019 S. PRAIRIE AVE
CHICAGO, IL 60619

Attorneys (If Known)

**II. BASIS OF JURISDICTION**    (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
■ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ■ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ■ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT**    (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**  ☐ 310 Airplane | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust  ☐ 430 Banks and Banking |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 152 Recovery of Defaulted Student Loans (excl. vet.) | ☐ 350 Motor Vehicle | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Satellite TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 690 Other | | ☐ 810 Selective Service  ☐ 850 Security/Commodity/Exch. |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Inj. | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | **PERSONAL INJURY**  ☐ 362 Personal Injury— Med. Malpractice | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g))  ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters  ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **PERSONAL PROPERTY**  ☐ 370 Other Fraud | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 371 Truth in Lending | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 380 Other Personal Property Damage | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 385 Property Damage Product Liability | | ☐ 871 IRS—Third Party 26 USC 7609 | ■ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | |
| ☐ 245 Tort Product Liability | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | |
| ☐ 290 All Other Real Property | ☐ 442 Employment | Habeas Corpus: | | |
| | ☐ 443 Housing/ Accommodations | ☐ 530 General | | |
| | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| | ☐ 445 ADA—Employment | ☐ 540 Mandamus & Other | | |
| | ☐ 446 ADA — Other | ☐ 550 Civil Rights | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

**V. ORIGIN**    (PLACE AN "X" IN ONE BOX ONLY)

■ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

42USC1983: Deprivation of income (property) through
fraudulent use of state Child Support Enforcement systems

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 10,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ■ Yes  ☐ No

**IX. This case**
■ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____ , previously dismissed by Judge _____

DATE 9/4/08    SIGNATURE OF ATTORNEY OF RECORD  Edward Miller  Pro Se