MHN

**APPEARANCE FORM FOR PRO** 08cv5054
**DISTRICT COURT FOR THE NORTHERI** JUDGE PALLMEYER
MAG. JUDGE MASON

Information entered on this form is required for any p
pro se party (that is, without an attorney).

NAME: EDWARD MILLER  PRO SE
(Please print)

STREET ADDRESS: 8019 S PRAIRIE AVE

CITY/STATE/ZIP: CHICAGO, IL 60619

PHONE NUMBER: 773 793-8760

CASE NUMBER:

FILED
SEP 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_____         9/4/08
Signature                          Date